

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Damien Douglas Harris v. The State of Texas

Appellate case number:   01-20-00140-CR

Trial court case number: CR-17-0781-D

Trial court:             428th District Court of Hays County

Appellant Damien Douglas Harris has filed a Motion for Appeal Bond after Reversal. However, the State's Motion for Rehearing En Banc remains pending and the reversal of the appellant's conviction therefore is not final. Because the reversal of his conviction is not final, the appellant is not yet entitled to bond under TEX. CODE CRIM. PROC. art. 44.04(h). *See Tissier v. Kegans*, 789 S.W.2d 680, 681 (Tex. App.—Houston [1st Dist.] 1990, orig. proceeding); *see also Taylor v. State*, 564 S.W.3d 501, 503 (Tex. App.—Houston [14th Dist.] 2018, pet. ref'd) (per curiam). Thus, the appellant's Motion for Appeal Bond after Reversal is **DENIED**.

Justice's signature:  /s/ Gordon Goodman
                      Acting for the Court

Panel consists of: Chief Justice Radack and Justices Goodman and Farris.

Date: June 30, 2022